# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| SIENNA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-175 |
| | ) | |
| CITI TRENDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| YEIMY SAMBRANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-188 |
| | ) | |
| CITI TRENDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| SABRINA GREEN-FOGG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-196 |
| | ) | |
| CITI TRENDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# ORDER

Before the Court is Defendant Citi Trends, Inc.'s consent motions to stay the three above-captioned related cases pending disposition of the Plaintiffs' forthcoming motion to consolidate the cases, and Defendant's forthcoming motion to compel arbitration of the cases. *Thomas v. Citi Trends, Inc.*, CV423-175, doc. 21 (S.D. Ga. Aug. 31, 2023); *Sambrano v. Citi Trends, Inc.*, CV423-188, doc. 18 (S.D. Ga. Aug. 30, 2023); *Green-Fogg v. Citi Trends, Inc.*, CV423-196, doc. 19 (S.D. Ga. Aug. 30, 2023). For good cause shown, the three motions to stay are **GRANTED**. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").[1] All deadlines in the above-captioned cases are **STAYED** until further Order of the Court, except that the Plaintiffs' deadline to move to consolidate the cases is September 20, 2023.

**SO ORDERED**, this 5th day of September, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant filed two consent motions to stay in *Thomas*, CV423-175, docs. 19 & 21. After the Clerk entered a Notice of Filing Deficiency regarding the first motion to stay, doc. 20, Defendant filed a second motion to stay. Doc. 21. Since Defendant's motion at doc. 21 is granted, its motion at doc. 19 is **TERMINATED as moot**.